**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01782-LTB

JIM KHER, Member of weZpeople Advocacy Group, also known as Mazen J. Kherdeen,

    Plaintiff,

v.

JOHN HICKENLOOPER, Individually and as Governor of the State of Colorado,
COLORADO STATE GOVERNMENT EXECUTIVE BRANCH ("CSGEB"),
COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
RICK RAEMISCH, Individually and as Executive Director of CDOC,
WALT PESTERFIELD, Individually and as Director of Colorado Adult Parole,
ALISON MORGAN, Individually and as Deputy Director of Adult Parole,
CATHERINE ENGEL, Individually and as Director of Adult Parole Office,
JOHN BOGNER, Individually and as a Team Supervisor of Adult Parole,
JOEL CAMPBELL, Individually and as a Community Parole Officer,
JAN YUNKER, Individually and as a Community Re-Entry Specialist,
JAMES HANNAH, Individually and as Co-Owner of a Future and a Hope,
MARCIA HANNAH, Individually and as Co-Owner of a Future and a Hope,
A FUTURE AND A HOPE, J291113, LLC, a For Profit Limited Liability Company,
JOHN DOE 1-100,

    Defendants

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE LEWIS T. BABCOCK

    The Court has received Plaintiff's Petition for Writ of Habeas Corpus ad prosequendum (ECF No. 17), Second Motion to Vacate Dismissal Order for Cause or in the Alternative a Motion to Reconsider Orders (ECF No. 18), and Motion to Add Newly Identified Defendants (ECF No. 19).  These Motions will be DENIED as this case is closed and Plaintiff has previously filed an "Emergency Ex-Parte Motion to Vacate Dismissal order for Cause – or in the Alternative, a Motion to Reconsider Order" (ECF No. 12), which was denied by the Court on August 26, 2015 (ECF No. 14).

Dated:  November 4, 2015